

| | | | |
|---|---|---|---|
| Com. v. Buck ...................... | 2024 MDA 2015 Reversed, Vacated and Remanded | 10/04/2016 | CP–36–CR–0000398– 1992 (Lancaster) |
| Com. v. Rodriguez ................... | 82 MDA 2016 Affirmed | 10/04/2016 | CP–38–CR–0001581– 2014 (Lebanon) |
| Com. v. Soronen .................... | 300 MDA 2016 Affirmed | 10/04/2016 | CP–67–SA–0000307– 2015 (York) |
| Com. v. Altman ..................... | 490 WDA 2016 Affirmed | 10/04/2016 | CP–62–CR–0000053– 2009 (Warren) |
| Com. v. Richter ..................... | 543 WDA 2016 Affirmed | 10/04/2016 | CP–26–CR–0000375– 2010 (Fayette) |
| Com. v. Richter ..................... | 544 WDA 2016 Affirmed | 10/04/2016 | CP–26–CR–0000375– 2010 (Fayette) |
| Com. v. Richter ..................... | 545 WDA 2016 Affirmed | 10/04/2016 | CP–26–CR–0000375– 2010 (Fayette) |
| Com. v. Richter ..................... | 546 WDA 2016 Affirmed | 10/04/2016 | CP–26–CR–0000375– 2010 (Fayette) |
| Com. v. Cook [4] ..................... | 548 WDA 2016 Affirmed | 10/04/2016 | CP–02–CR–0000391– 1986 (Allegheny) |
| Com. v. Moody [5] ................... | 3232 EDA 2012 Affirmed Application to Withdraw as Counsel Granted | 10/05/2016 | CP–51–CR–0009394– 2010 (Philadelphia) |
| Com. v. Rivera...................... | 1963 EDA 2014 Affirmed Application to Withdraw as Counsel Granted | 10/05/2016 | CP–51–CR–0013542– 2012 CP–51–CR–0013543– 2012 (Philadelphia) |
| Com. v. Gardner .................... | 759 EDA 2015 Affirmed | 10/05/2016 | CP–15–CR–0003279– 2006 (Chester) |
| Com. v. King ....................... | 883 EDA 2015 Affirmed | 10/05/2016 | CP–51–CR–0014200– 2009 (Philadelphia) |
| Com. v. McPherson ................. | 1446 EDA 2015 Affirmed | 10/05/2016 | CP–51–CR–0013652– 2014 (Philadelphia) |

4. Petition for reargument denied December 12, 2016.
5. Petition for reargument denied November 08, 2016.